UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 25-MJ-155-MAU |
| JEMAROCO SPENCER | : | |

## UNOPPOSED MOTION TO CONTINUE HEARING

Jemaroco Spencer, through undersigned counsel, respectfully requests this Honorable Court continue the preliminary hearing set for September 25, 2025, for approximately two weeks. On September 18, 2025, the government provided an initial discovery production to the defense. The parties have since begun engaging in pre-indictment negotiations requiring more time, which could obviate the necessity of a preliminary hearing. The government does not oppose this motion. Mr. Spencer does not object to tolling under the Speedy Trial Act at this time.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
TEZIRA ABE
Assistant Federal Public Defender
625 Indiana Ave. N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500